**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RUTH ANAUO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *et al.*,<br><br>　　　　　　Defendants. | 2:15-cv-02456-JAD-VCF<br><br>**ORDER** |

　　　Before the Court is the Joint Motion to Amend Scheduling Order and for the Court to Set this Case for a Settlement Conference (ECF No. 27). On March 29, 2017, Judge Dorsey referred to Judge Koppe to schedule the settlement conference. The settlement conference was scheduled for May 18, 2017. (ECF Nos. 30 & 32).

　　　The remaining issue in the instant motion is the joint pretrial deadline. The parties request that the pretrial order date is extended from March 21, 2017 to May 22, 2017. (ECF No. 27). The parties' request to extend the joint pretrial order is granted. In the event that the parties do not reach a settlement agreement that resolves all claims in this case, the joint pretrial order is due June 18, 2017.

　　　IT IS SO ORDERED.

　　　DATED this 3rd day of April, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE