# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RUTH ANAUO, | Case No. 2:15-cv-02456-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | |
| Defendant(s). | |

The Court issued an order setting out the requirements for the settlement briefs to be submitted by the parties. Docket No. 32. Plaintiff's submission fails to comply with those requirements. Plaintiff's counsel shall carefully review the undersigned's order at Docket No. 32. Plaintiff shall submit to the undersigned's box in the Clerk's Office a settlement statement that complies with that order by noon on Monday, May 15, 2017.

IT IS SO ORDERED.

DATED: May 12, 2017

_____
Nancy J. Koppe
United States Magistrate Judge