1  JAMES P.C. SILVESTRI, ESQ.
   Nevada Bar No. 3603
2  RYAN W. BIGGAR, ESQ.
   Nevada Bar 4535
3  PYATT SILVESTRI
4  701 E. Bridger Avenue, Suite 600
   Las Vegas, Nevada 89101
5  Tel:   (702) 363-6000
   Fax:   (702) 477-0088
6  jsilvestri@pyattsilvestri.com
   rbiggar@pyattsilvestri.com
7  Attorneys for Defendant

8

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11  RUTH ANAUO,                      )
                                     )
12          Plaintiffs,               )   CASE NO.: 2:15-cv-02456-JAD-VCF
        vs.                          )
13                                   )
    ALLSTATE FIRE AND CASUALTY       )   ECF No. 42
14  INSURANCE COMPANY, and           )
    DOES 1-20, inclusive             )
15                                   )
            Defendants.              )
16  _____)

17

18

19          **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

20          IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

21  through their respective counsel of record, that the above-referenced matter shall be dismissed,

22  with prejudice, in its entirety, each party to bear their own fees and costs.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Trial in this matter is currently set for February 27, 2018.

| | |
|---|---|
| DATED this 11th day of October, 2017. | DATED this 11th day of October, 2017. |
| STOVALL & ASSOCIATES | PYATT SILVESTRI |
| LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>ROSS H. MOYNIHAN, ESQ.<br>Nevada Bar No. 11848<br>2301 Palomino Lane<br>Las Vegas, Nevada 89107<br>Attorneys for Plaintiff<br>Ruth Anauo | JAMES P.C. SILVESTRI, ESQ.<br>Nevada Bar No. 3603<br>RYAN W. BIGGAR, ESQ.<br>Nevada Bar No. 4535<br>701 Bridger Avenue, Suite 600<br>Las Vegas, Nevada 89101<br>Attorneys for Defendant<br>Allstate Fire and Casualty Insurance Company |

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-referenced matter be, and the same hereby is, dismissed in its entirety with prejudice, each party to bear its own fees and costs.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trial currently set for February 27, 2018, is vacated.

DATED this 11th day of October, 2017.

_____
UNITED STATES District JUDGE

*Anaou, et al. vs. Allstate Fire and Casualty Insurance Company*
Case No. 2:15-cv-02456-JAD-VCF
Stipulation and Order to Dismiss with Prejudice